# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BATES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE AND DOES 1-10,<br><br>    Defendants. | Case No.: 1:17-CV-00697-AWI-EPG<br><br>**ORDER ON STIPULATION REGARDING DEFENDANT'S REQUESTS FOR PRODUCTION OF DOCUMENTS (SET TWO)**<br><br>(ECF No. 16) |

1

Having considered the Joint Stipulation Regarding Defendant's Requests for Production of Documents (Set Two), and for good cause shown, it is hereby ordered that the parties' stipulation is **GRANTED**, and the Court orders as follows:

1. Plaintiff will serve verified responses to Defendant's Requests for Production of Documents (Set Two) without objections on or before May 25, 2018.

2. Plaintiff will produce documents responsive to Defendant's Requests for Production of Documents (Set Two) on or before May 25, 2018.

3. Should Plaintiff fail to do so, the Parties agree Defendant will be permitted to file a formal motion for relief and Plaintiff will not oppose by arguing it is untimely.

IT IS SO ORDERED.

Dated: **May 18, 2018**

/s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE