HUNTON ANDREWS KURTH LLP
EMILY BURKHARDT VICENTE (SBN 263990)
Email: ebvicente@huntonAK.com
ANH N. NGUYEN (SBN 280752)
Email: anguyen@huntonAK.com
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
UPS GROUND FREIGHT, INC.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BATES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE AND DOES 1-10,<br><br>    Defendants. | CASE NO.: 1:17-CV-00697-AWI-EPG<br><br>**STIPULATION AND REQUEST TO CONTINUE EXPERT DISCOVERY DEADLINES; ORDER** |

| | |
|---|---|
| 1 | Plaintiff Steven Bates and Defendant UPS Ground Freight, Inc., jointly stipulate |
| 2 | to, and request that the Court approve, a continuance of the deadlines for expert |
| 3 | discovery. In support, the parties show as follows: |
| 4 |     1.    Plaintiff filed his First Amended Complaint on April 20, 2017. |
| 5 |     2.    On September 6, 2017, the Court issued a Scheduling Conference Order |
| 6 | setting the following deadlines: |
| 7 |         a)    Expert Disclosure: July 2, 2018 |
| 8 |         b)    Rebuttal Expert Disclosure: August 1, 2018 |
| 9 |         c)    Expert Discovery Cutoff: August 31, 2018 |
| 10 |         d)    Dispositive Motion Filing Deadline: October 15, 2018 |
| 11 |         e)    Jury Trial: April 2, 2019. |
| 12 |     3.    Defendant intends to file a dispositive motion, which may narrow or |
| 13 | dispose of the issues in contention. The parties do not believe that expert witness |
| 14 | testimony will be needed to bring or oppose this motion. |
| 15 |     4.    The Parties also are discussing the scheduling of a mediation. |
| 16 |     5.    The Parties desire to reserve expert disclosure and discovery until after |
| 17 | the hearing and ruling on Defendant's dispositive motion to conserve resources and |
| 18 | give the case the best opportunity to resolve before additional costs of experts are |
| 19 | incurred. |
| 20 |     6.    The Parties also believe it is in the interest of judicial economy and |
| 21 | efficiency for the parties to obtain the Court's ruling on Defendant's dispositive |
| 22 | motion before engaging in expert discovery. |
| 23 |     7.    No Party will be prejudiced by continuing the expert discovery deadlines, |
| 24 | because the continuances will not impact any other deadlines, including the trial date, |
| 25 | and the Parties will be able to conserve their resources pending resolution of the |
| 26 | dispositive motion. |
| 27 |     8.    No prior extensions have been sought. |
| 28 | |

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, as follows:

1. The expert disclosure deadline be continued from July 2, 2018 to November 26, 2018;

2. The rebuttal expert disclosure deadline be continued from August 1, 2018 to December 20, 2018;

3. The expert discovery cutoff date be continued from August 31, 2018 to January 14, 2019.

WHEREFORE, the parties jointly request that the Court grant a continuance of these deadlines as set forth above.

Respectfully Submitted,

DATED: June 21, 2018    HUNTON ANDREWS KURTH LLP

By: */s/ Emily Burkhardt Vicente*    e
    Emily Burkhardt Vicente
    Anh Nguyen
    Attorneys for Defendant
    UPS GROUND FREIGHT, INC.

DATED: June 21, 2018    LAW OFFICES OF MELO & SARSFIELD LLP

By: */s/ John J. Sarsfield* (as authorized on 6/20/18)
    John J. Sarsfield
    Marguerite Melo
    Attorneys for Plaintiff
    STEVEN BATES

# **ORDER**

Based upon the above stipulation of the parties, and good cause appearing, the Scheduling Conference Order, (ECF No. 10), is modified as follows:

1. The expert disclosure deadline is continued from July 2, 2018 to November 26, 2018;
2. The rebuttal expert disclosure deadline is continued from August 1, 2018 to December 20, 2018; and
3. The expert discovery cutoff date is continued from August 31, 2018 to January 14, 2019.

All other dates in the Scheduling Conference Order shall remain unchanged.

IT IS SO ORDERED.

Dated: **June 21, 2018**

/s/ *Erin P. Gross*
UNITED STATES MAGISTRATE JUDGE