HUNTON ANDREWS KURTH LLP
EMILY BURKHARDT VICENTE (SBN 263990)
Email: ebvicente@huntonAK.com
ANH N. NGUYEN (SBN 280752)
Email: anguyen@huntonAK.com
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
UPS GROUND FREIGHT, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEVEN BATES,** | ) CASE NO. 1:17-cv-00697-AWI-EPG |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| vs. | ) **CONTINUING MOTION FOR** |
| | ) **SUMMARY JUDGMENT HEARING** |
| **UNITED PARCEL SERVICE,** | ) **DATE AND EXTENDING EXPERT** |
| | ) **DISCOVERY DEADLINES** |
| Defendant. | ) |
| | ) **Date: Oct. 1, 2018** |
| | ) **Time: 1:30 p.m.** |
| | ) **Courtroom: 2** |
| | ) **Judge: Anthony W. Ishii** |
| | ) |
| | ) |
| | ) |
| | ) |

This Stipulation is entered into by and between Plaintiff STEVEN BATES ("Plaintif") and Defendant UPS GROUND FREIGHT, INC. ("UPS") through their counsel of record.

The Parties have conferred and agree to continue the Motion for Summary Judgment hearing currently scheduled for Oct. 1, 2018, at 1:30 p.m., to November 5, 2018 at 1:30 p.m.

The Parties agree that Plaintiff's Opposition and Defendant's Reply should follow the following proposed briefing schedule: Plaintiff's Opposition would be due Oct. 15, 2018, and Defendant's Reply would be due on Oct. 25, 2018.

The Parties agree a continuance is appropriate in light the declaration of John Sarsfield filed concurrently with this stipulation.

The Parties also seek a one-week continuance of the expert disclosure deadlines to account for the continuance of the summary judgment hearing. On June 22, 2018, this Court approved the Parties' stipulation to continue expert discovery deadlines as follows:

1.    The expert disclosure deadline be continued from July 2, 2018 to November 26, 2018;

2.    The rebuttal expert disclosure deadline be continued from August 1, 2018 to December 20, 2018.

The Parties requested this continuance so that expert disclosure and discovery deadlines would occur after the hearing and ruling on Defendant's dispositive motion to conserve resources. The Parties agree that, given the previous agreement to reserve expert disclosure and discovery until after the hearing and ruling on Defendant's dispositive motion, the expert discovery deadlines should be continued in accordance with the new hearing date.

The new proposed hearing date and expert disclosure and discovery deadlines will not otherwise interfere with the trial dates already set in this matter.

No Party will be prejudiced by continuing the expert discovery deadlines, because the continuances will not impact any other deadlines, including the trial date, and the Parties will be able to conserve their resources pending resolution of the dispositive motion.

The Parties have previously sought one time to extend the expert disclosure and discovery deadlines. This is the first request to continue the summary judgment hearing.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, as follows:

1. The Motion for Summary Judgment hearing date be continued from October 1, 2018 to November 5, 2018 and the Parties are to follow the proposed briefing schedule:

a.	Plaintiff's Opposition is due October 15, 2018

b.	Defendant's Reply is due on October 25, 2018.

2. The expert disclosure deadline be continued from November 26, 2018 to December 3, 2018;

3.	The rebuttal expert disclosure deadline be continued from December 20, 2018 to December 27, 2018.

WHEREFORE, the Parties jointly request that the Court grant a continuance of these deadlines as set forth above.

Respectfully Submitted,


DATED:  September 12, 2018	HUNTON ANDREWS KURTH LLP


By: */s/ Emily Burkhardt Vicente* _____
	EMILY BURKHARDT VICENTE

ANH NGUYEN
Attorneys for Defendant

UPS GROUND FREIGHT, INC.

DATED:  September 12, 2018     LAW OFFICES OF MELO & SARSFIELD LLP

By: */s/ John J. Sarsfield*
JOHN J. SARSFIELD
MARGUERITE MELO
Attorneys for Plaintiff
STEVEN BATES

## <u>ORDER</u>

Based on the above stipulation of the parties, and good cause appearing therefor, it is hereby ordered that the hearing on the motion for summary judgment, (ECF No. 21), is continued to November 5, 2018 at 1:30 p.m. Plaintiff shall file his opposition by no later than October 15, 2018, and Defendant shall file a reply, if any, by no later than October 25, 2018. The expert disclosure and rebuttal expert disclosure deadlines are extended to December 3, 2018 and December 27, 2018, respectively. The expert discovery cutoff date of January 14, 2019 shall remain unchanged.

IT IS SO ORDERED.

Dated: __**September 19, 2018**__          _/s/ Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE